**Maria G. Mota**
*Attorney at Law*
CA Bar No.: 249789
23679 Calabasas Road, # 268
Calabasas, CA 91302

Telephone No.:(818) 591-8165
Facsimile No.: (818) 591-8172

Attorney for Plaintiff
CECILIA HAMBURG

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CECILIA HAMBURG | ) Case No.: CV 08-056-GAF (PLA) |
| Plaintiff, | ) <u>STIPULATION AND ORDER</u> |
| v. | ) <u>AWARDING EAJA ATTORNEY FEES</u> |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) |
| Defendant. | ) |

   IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that plaintiff be awarded fees under the Equal Access to Justice Act (EAJA) in the amount of four thousand one hundred and twenty five dollars ($4,125.00). This amount represents compensation for all legal services rendered on behalf of plaintiff by her attorney in connection with this civil action for services performed before the district court, in accordance with 28 U.S.C.

1

§ 2412(d).

This stipulation constitutes a compromise settlement of plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of defendant under the EAJA. Payment of four thousand one hundred and twenty five dollars ($4,125.00) shall constitute a complete release from and bar to any and all claims plaintiff may have relating to EAJA attorney fees and costs in connection with this action. This award is without prejudice to the rights of plaintiff's counsel

/
/
/
/
/
/
/
/
/
/
/
/
/
/
/
/
/
/
/

to seek attorney fees under Section 206 of the Social Security Act, 42 U.S.C. § 406, subject to the offset provisions of the EAJA.

DATED: 7/28/09     /s/ Maria G. Mota
                   MARIA G. MOTA
                   Attorney for Plaintiff
                   CECILIA HAMBURG
                   THOMAS P. O'BRIEN
                   United States Attorney
                   LEON W. WEIDMAN
                   Assistant United States Attorney
                   Chief, Civil Division

DATED: 7/28/09     /s/ Nancy M. Lisewski
                   NANCY M. LISEWSKI
                   Assistant United States Attorney
                   Attorneys for Defendant, Michael J. Astrue, Commissioner of
                   Social Security

**ORDER**

IT IS HEREBY RECOMMENDED.

DATED: July 29, 2009     _____
                         Paul L. Abrams
                         UNITED STATES MAGISTRATE JUDGE

IT IS HEREBY ORDERED.

DATED: July 31, 2009     _____
                         Gary A. Feess
                         UNITED STATES DISTRICT JUDGE

3